UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| NICHOLAS BLETTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-1462 |
| ) | |
| EDDIE TAYLOR individually, and ) | |
| as agent servant and/or employee of ) | |
| UNITED VAN LINES, LLC., UNITED ) | |
| VAN LINES, LLC ) | |
| Defendants. ) | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOW COMES the Plaintiff, NICHOLAS BLETTE, by and through his attorneys, GOLDBERG WEISMAN CAIRO, and pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Eddie Taylor and United Van Lines, LLC.

Respectfully submitted,

GOLDBERG WEISMAN CAIRO

 /s/ *Michael A. Knobloch*
One of Plaintiff's Attorneys

Michael A. Knobloch
GOLDBERG WEISMAN CAIRO
One East Wacker Drive, Suite 3800
Chicago, Illinois 60601
(312) 464-1200
ARDC Number 6286611
Mknobloch@gwclaw.com

[1277437/1]